B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mallory-Kotzen Tire Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA MK Discount Tire** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**13-1719156** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**20 East Main Street**<br>**New Rochelle, NY 10801**<br>ZIP CODE **10801-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Westchester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [x] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

Wholesale and Retail Tire Co.

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other Wholesale & Retail Tire Company and Retail Automotive Service Business

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**      **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

----

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Mallory-Kotzen Tire Co., Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>   Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

   ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

   ☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

       _____<br>
       (Name of landlord that obtained judgment)

       _____<br>
       (Address of landlord)

   ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mallory-Kotzen Tire Co., Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Robert L. Rattet**
Signature of Attorney for Debtor(s)
**Robert L. Rattet 2947**
Printed Name of Attorney for Debtor(s)
**Rattet, Pasternak & Gordon-Oliver, LLP**
Firm Name
**550 Mamaroneck Avenue**
**Suite 510**
**Harrison, NY 10528**
Address

**(914) 381-7400 Fax:(914) 381-7406**
Telephone Number
**December 17, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Myron Melnikoff**
Signature of Authorized Individual
**Myron Melnikoff**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**December 17, 2010**
Date

RATTET, PASTERNAK & GORDON-OLIVER, LLP
Proposed Attorneys for the Petitioner
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

Robert L. Rattet, Esq.
Arlene Gordon-Oliver, Esq.
Scott A. Steinberg, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                          Chapter 11
                                                                Case No. 10 B _____ (RDD)
MALLORY-KOTZEN TIRE CO, INC.
d/b/a MK Discount Tire

                                    Petitioner.
------------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )

    Myron Melnikoff, being duly sworn, deposes and says:

    1.    I am the President of Mallory-Kotzen Tire., Co, Inc. d/b/a MK Discount Tire, a

New York Corporation with an address at 20 East Main Street, New Rochelle, New York 10801

("Petitioner"). I submit this Affidavit pursuant to Local Bankruptcy Rule 1007-2.


### Local Rule 1007-2(a)(1)

    2.    Petitioner is in the business of owning and operating a wholesale and retail tire

sales and retail automotive service business with several locations throughout Westchester

County. Petitioner's business is a closely held family business that was purchased in 1977

1

from Marvin Kotzen whose family started the company in 1914. The company operated profitably for 2006 when it lost a substantial portion of its wholesale business, the car dealerships. Unfortunately, Petitioner was left with tremendous overhead after the loss of the business with the car dealerships and its financial affairs became more precarious as the automobile industry collapsed during the recession. In addition to the over all financial crisis facing the automobile industry, Petitioner did not downsize it operations and kept its staff employed and its buildings open in the hopes that the economy would recover. To compound Petitioner's dire financial circumstances, several of Petitioner's account debtors went out of business and without paying Petitioner and the wholesale profit margin declined precipitously. As a result of the foregoing, Petitioner has not been able to keep current on its outstanding obligations to its creditors, which has resulted in claims against Petitioner.

**Local Rule 1007-2(a)(2)**

3.      This case was not originally commenced under Chapter 7 or 13 of the Bankruptcy Code.

**Local Rule 1007-2(a)(3)**

4.      No committee was organized prior to the filing of this case.

**Local Rule 1007-2(a)(4)**

5.      A schedule of the Petitioner's 20 largest unsecured creditors is annexed hereto as Exhibit "A".

**Local Rule 1007-2(a)(5)**

6.      A schedule of the Petitioner's secured creditors is annexed hereto as Exhibit "B".

**Local Rule 1007-2(a)(6)**

7.     A summary of the Petitioner's assets and liabilities is annexed as Exhibit "C".

**Local Rule 1007-2(a)(7)**

8.     The Petitioner does not have any publicly held shares of stock, debentures or other securities.


**Local Rule 1007-2(a)(8)**

9.     Petitioner's property is not in the possession or custody of any custodian, public officer, mortgagee, pledge, secured creditor, or agent for such entity.

**Local Rule 1007-2(a)(9)**

The Petitioner has several locations where it conducts its business affairs which premises are leased from various unrelated third parties: 266 N. Brewster Road, Brewster, New York 10509; its main office at 20 E Main Street, New Rochelle, New York 10801; 5 Warehouse Lane, Elmsford, New York 10523; and 2021 Boston Post Road, Larchmont, New York 10538 (this location will be closing within one week of the filing date of the Chapter 11 petition).

**Local Rule 1007-2(a)(10)**

10.     The Petitioner's assets are located at the various locations listed above but its books and records are currently located at 2021 Boston Post Road, New Rochelle, New York 10583 but will be relocated to 20 East main Street, New Rochelle, new York 10801.

11.

**Local Rule 1007-2(a)(11)**

As of the filing date the following actions were pending:

Kumho Tire USA v. Mallory-Kotzen Tire Co., Inc.
Supreme Court, State of New York

County of Westchester
Index No. 2650-2010

Mallory-Kotzen Tire and Joseph Cuda v. James River Insurance
Superior Court
Judicial District of Waterbury

Joseph Creda v. Mallory-Kotzen Tire
Superior Court
Judicial District of Waterbury

**Local Rule 1007-2(a)(12)**

12.     The Petitioner's senior management is comprised of Myron Melnikoff,

President/Manger.

**Local Rule 1007-2(b)(1)**

13.     The estimated payroll to employees (exclusive of officers, directors,

stockholders and partners) for the thirty (30) day period following the filing of the chapter 11

petition is $ 93,400.

**Local Rule 1007-2(b)(2)**

14.     The estimated amount to be paid for services to its officer, director and

shareholders for the thirty (30) day period following the filing of the Chapter 11 petition is

$17,200.

**Local Rule 1007-2(b)(3)**

15.     The estimated schedule of cash receipts and disbursements for the thirty (30)

day period following the filing of the Chapter 11 petition, net cash gain or loss, obligations and

receivables expected to accrue but remaining unpaid, other than professional fees is annexed as

Exhibit "D".

**Conclusion**

16.     In addition to the foregoing, a copy of the corporate resolution authorizing the filing of the instant Chapter 11 petition is annexed as Exhibit "E".

17.     A list of all shareholders, directors and officers is annexed as Exhibit "F".

18.     The Petitioner believes it is in the best interests of all of its creditors that it be afforded an opportunity to reorganize its obligations in Chapter 11.

19.     The needs and interests of the Petitioner and its creditors will best be served by the Petitioner's possession of its assets and management of its affairs as a Petitioner-in-Possession under Chapter 11 until confirmation of a Plan.

20.     Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: White Plains, New York
        December 18, 2010


                                            _/s/Myron Melnikoff____
                                            Myron Melnikoff, President

Sworn To Before Me This
18th day of December, 2010


_/s/ Robert L. Rattet_
Robert L. Rattet
NOTARY PUBLIC-STATE OF NEW YORK
No. 4972649
Qualified in Westchester County
Commission Expires October 12, 2014

**EXHIBIT "A"**
**TWENTY LARGEST UNSECURED CREDITORS\***

| NAME | AMOUNT OWED |
|------|-------------|
| University Wholesalers, Inc.<br>P.O. Box 644<br>Essex Junction, VT 05453 | $274, 565.03 |
| Trotta Tire & Rubber Co. Inc.<br>P.O. Box 307<br>Deer Park, NY 11729 | $247,930.32 |
| Kumho Tire<br>10299 Sixth Street<br>Rancho Cucamonga, CA 91730 | $109,120.00 |
| Joseph Cuda<br>423 Dublin Road<br>Southbery, CT 06488 | $56,000.00 |
| Julian Val, Sr.<br>2360 Alamander Avenue<br>Englewood FL 34223 | $48,000.00 |
| Englewood Tire Distributors<br>P.O. Box 665<br>Lyndhurst, Nj 07071 | $44,639.43 |
| United Teamsters Fund<br>2137-2147 Utica Avenue<br>Brooklyn, New York | $39,680.00 |
| Reliable Tire Co.<br>P.O. Box 39<br>Blackwood, NJ 08012 | $23,122.47 |
| Tire Center Inc. #154 & #110<br>2c Terminal Way<br>Avenel, NJ 07001 | $20,321.33 |
| Mighty Automotive Parts (Brew)<br>200 Saw Mill River Road<br>Hawthorne, NY 10532 | $18,699.00 |

| | |
|---|---|
| Casings, Inc. B.E.D.<br>P.O. Box 731<br>Catskill, NY 12414 | $16,774.00 |
| Yellow Book-Mid Atlantic<br>P.O. Box 11815<br>Newark, NJ 07101 | $15,731.07 |
| Bridge Auto Parts<br>181-189 N. Saw Mill River Road<br>Elmsford, NY 10523 | $13,324.22 |
| Steinberg, Steckler Et Al.<br>462 Seventh Avenue<br>New York, NY 10018 | $9,400.00 |
| Big City Automotive Warehouse<br>11 Cliff Street<br>New Rochelle, NY 10801 | $8,395.84 |
| Broadview Networks<br>P.O. Box 9242<br>Uniondale, New York 11555-9242 | $7,056.31 |
| NYS Department of Tax & Finance<br>P.O. Box 4100<br>Binghamton, New York 13902-4100 | $6,905.25 |
| Eni USA R&M Co., Inc.<br>P.O. Box 7247-6989<br>Philadelphia, PA 19170-6989 | $6,576.64 |
| Advance Auto Parts<br>P.O. box 5219<br>Carol Stream, IL 60197-5212 | $5,745.84 |
| Lubricant Distributors<br>P.O. Box 182<br>Suffern, New York 10901 | $3,133.30 |

* List does not include insiders within the meaning of 11 U.S.C. Section 101(14)

## EXHIBIT "B"

## FIVE LARGEST SECURED CREDITORS

| NAME | AMOUNT OWED |
|---|---|
| Bridgestone Americas<br>P.O. Box 73418<br>Chicago, IL 60673 | $211,038.48 |
| Aim Business Capital, LLC<br>201 Rue DeJean<br>Suite 100<br>Lafauette, LA 70508 | $136,000.00 |
| Michelin North America Inc.<br>6000 Feldwood Road<br>Atlanta, GA 30349 | $121,260.66 |
| Max Finkelstein Inc.<br>P.O. Box 5901<br>New York, NY 10087 | $110,529.94 |

## EXHIBIT "C"

## SUMMARY OF ASSETS AND LIABILITIES

**See Balance Sheet annexed hereto.**

Page: 1
Date: 12/17/10 at 12:50 PM
MALLORY-KOTZEN TIRE CO. INC.
Balance Sheet
As of Period Ending November 30, 2010
Detail: Account Number, Sort: Account Number
Exclude Zero Balances, Exclude Closing Entry

Balance
=====================

## ASSETS

-------------------- CURRENT ASSETS ---------------------

| Account | Balance |
|---|---:|
| CASH IN DRAWER-LARCHMONT | 300.00 |
| CASH IN DRAWER NEW ROCHELLE | 300.00 |
| CASH IN DRAWER BREWSTER | 400.00 |
| CASH DRAWER ELMSFORD | 300.00 |
| SIGNATURE BANK | 18757.51 |
| T D BANK | 3473.48 |
| ACCOUNTS RECEIVABLE | 296900.67 |
| MERCHANDISE INVENTORY-CORP | 276930.28 |
| MERCHANDISE INVENTORY-LARCHMONT | 120005.54 |
| MERCHANDISE INVENTORY-NEW ROCHELLE | 22482.21 |
| MERCHANDISE INVENTORY-BREWSTER | 64464.17 |
| MERCHANDISE INVENTORY-ELMSFORD | 20273.99 |
| MERCHANDISE INVENTORY-DANBURY | 393.81 |
| PREPAID-WATER | 616.00 |
| PREPAID INTEREST-CORP | -10810.92 |
| PREPAID INTEREST-LARCHMONT | 8013.26 |
| PREPAID INTEREST-NEW ROCHELLE | 2873.23 |
| PREPAID INTEREST-WATERBURY | 131.05 |
| PREPAID INTEREST-BREWSTER | 6129.14 |
| PREPAID INTEREST-ELMSFORD | 2262.97 |
| PREPAID/-DANBURY | 533.48 |
| PREPAID/-DANBURY RETAIL | 3493.63 |
| PREPAID EXPENSES-OTHER | 3183.19 |

Total CURRENT ASSETS          841406.69

-------------------- FIXED ASSETS ---------------------

| Account | Balance |
|---|---:|
| LEASEHOLD IMPROVEMENTS-LARCHMONT | 57636.03 |
| LEASEHOLD IMPROVEMENTS-NEW ROCHELLE | 51824.50 |
| LEASEHOLD IMPROVEMENTS-BREWSTER | 17240.00 |
| LEASEHOLD IMPROVEMENTS-ELMSFORD | 3175.00 |
| LEASEHOLD IMPROVEMENTS-DANBURY RETAIL | 5626.48 |
| MACHINERY & EQUIPMENT-CORP | 5267.60 |
| MACHINERY & EQUIPMENT-LARCHMONT | 104705.45 |
| MACHINERY & EQUIPMENT-NEW ROCHELLE | 104535.47 |
| MACHINERY & EQUIPMENT-WATERBURY | 14904.05 |

Page: 2
Date: 12/17/10 at 12:50 PM
MALLORY-KOTZEN TIRE CO. INC.
Balance Sheet
As of Period Ending November 30, 2010
Detail: Account Number, Sort: Account Number
Exclude Zero Balances, Exclude Closing Entry

|  | Balance |
|---|---|
| MACHINERY & EQUIPMENT-BREWSTER | 122406.34 |
| MACHINERY & EQUIPMENT-ELMSFORD | 179323.52 |
| MACHINERY & EQUIPMENT-DANBURY | 244258.93 |
| MACHINERY & EQUIPMENT-DANBURY RETAIL | 198482.57 |
| DELIVERY EQUIPMENT-CORP | 50462.25 |
| DELIVERY EQUIPMENT-LARCHMONT | 386498.54 |
| DELIVERY EQUIPMENT-NEW ROCHELLE | 25216.30 |
| DELIVERY EQUIPMENT-BREWSTER | 53002.30 |
| DELIVERY EQUIPMENT-ELMSFORD | 6384.00 |
| DELIVERY EQUIPMENT-DANBURY | 91140.47 |
| RESERVE FOR DEPREC--LEASEHOLD IMPRV-CORP | -4033.00 |
| RES FOR DEPREC-LEASE IMPROVEMENTS-LARCHMONT | -65574.80 |
| RES FOR DEPREC-LEASE IMPROVEMENTS-NEW ROCHELLE | -33154.76 |
| RES FOR DEPREC-LEASE IMPROVEMENTS-BREWSTER | -15113.51 |
| RES FOR DEPREC-LEASE IMPROVEMENTS-ELMSFORD | -2466.67 |
| RES FOR DEPREC-LEASE IMPROVEMENTS-DANBURY RETAIL | -4371.20 |
| RESERVE DEPR M&E-CORP | -208292.10 |
| RESERVE FOR DEPREC-M&E-LARCHMONT | -96872.70 |
| RESERVE FOR DEPREC-M&E-NEW ROCHELLE | -79522.51 |
| RESERVE FOR DEPREC-M&E-WATERBURY | -11857.54 |
| RESERVE FOR DEPREC-M&E-BREWSTER | -77690.28 |
| RESERVE FOR DEPREC-M&E-ELMSFORD | -135209.43 |
| RESERVE FOR DEPREC-M&E-DANBURY | -190074.17 |
| RESERVE FOR DEPREC-M&E-DANBURY RETAIL | -160396.06 |
| RESERVE FOR DEPREC--DELIVERY EQUIPM-CORP | -95032.00 |
| RES FOR DEPREC-DEL EQUIP-LARCHMONT | -213387.90 |
| RES FOR DEPREC-DEL EQUIP-NEW ROCHELLE | -23635.00 |
| RES FOR DEPREC-DEL EQUIP-BREWSTER | -37895.00 |
| RES FOR DEPREC-DEL EQUIP-ELMSFORD | -6384.00 |
| RES FOR DEPREC-DEL EQUIP-DANBURY | -81764.40 |

Total FIXED ASSETS        179362.77

---------------------- OTHER ASSETS ----------------------
|  | Balance |
|---|---|
| DEPOSITS | 16436.73 |

Total OTHER ASSETS        16436.73

Page: 3
Date: 12/17/10 at 12:50 PM
                    MALLORY-KOTZEN TIRE CO. INC.
                            Balance Sheet
                  As of Period Ending November 30, 2010
                  Detail: Account Number, Sort: Account Number
                  Exclude Zero Balances, Exclude Closing Entry

                                                      Balance
                                               ======================
                                Total ASSETS          1037206.19
                                               ======================

LIABILITIES

------------------ CURRENT LIABLILITIES ------------------
  ACCOUNTS PAYABLE                                    1333338.51
  LOAN PAYABLE-OFFICERS                                424000.00
  PURCHASE CLEARING                                   -118987.29
  NYS SALES TAX PAYABLE                                 22220.38
  NYS TIRE TAX PAYABLE                                   8270.00
  STATE INCOME TAXES (SIT)                                250.00
  AIM BUSINESS CAPITAL                                 133271.09
                                               ----------------------
                    Total CURRENT LIABLILITIES        1802362.69

-------------------- LONG TERM DEBT --------------------
  853.18 2008 cadillac escalade                         40094.46
                                               ----------------------
                        Total LONG TERM DEBT            40094.46
                                               ----------------------

                          Total LIABILITIES          1842457.15
                                               ----------------------

EQUITY

------------------ STOCKHOLDERS EQUITY ------------------
  CAPITAL STOCK                                          6000.00
  TREASURY STOCK                                       -169152.92
  CAPITAL SURPLUS                                        6000.00
  DIVIDENDS                                             -2141.00
  ACCUM ADJ ACCOUNT                                     -1560.00
  RETAINED EARNINGS                                    -99053.52
                                               ----------------------
                    Total STOCKHOLDERS EQUITY         -259907.44
                    Year-to-date Net Income           -545343.52
                                               ----------------------
                            Total EQUITY              -805250.96
                                               ----------------------

Page: 4
Date: 12/17/10 at 12:50 PM
MALLORY-KOTZEN TIRE CO. INC.
Balance Sheet
As of Period Ending November 30, 2010
Detail: Account Number, Sort: Account Number
Exclude Zero Balances, Exclude Closing Entry

|  | Balance |
|---|---|
|  | ==================== |
| Total Liabilities and Equity | 1037206.19 |
|  | ==================== |

## EXHIBIT "D"

## SCHEDULE OF ESTIMATED CASH RECEIPTS
## AND DISBURSEMENTS FOR THE THIRTY DAY PERIOD FOLLOWING FILING OF
## THE CHAPTER 11 PETITION

**See Budget Annexed hereto.**

Mallory - Kotzen Tire Co., Inc.
Cash Flow Projections
December 17, 2010 - January 31, 2011

| | December 17, 2010 - December 31, 2010 | January 1, 2011 - January 31, 2011 |
|---|---|---|
| Projected Collections -Net of Sales Tax | $ 285,000 | $ 475,000 |
| Projected Cost of Sales | 173,879 | 289,798 |
| Gross Profit | 111,122 | 185,203 |
| Operating Expenses | | |
| Officer Salary | 8,600 | 17,200 |
| Payroll | 46,700 | 93,400 |
| Advertising | 1,500 | 2,000 |
| Delivery | 2,250 | 4,500 |
| Employee Benefits | 3,367 | 6,735 |
| Rent | - | 18,750 |
| Utilities | - | 3,600 |
| Telephone | 1,550 | 1,093 |
| Computer Printing & Office | 1,354 | 2,708 |
| Insurance | - | 8,806 |
| Interest & Bank Charges | 1,667 | 3,334 |
| Repairs & Maintenance | 730 | 1,460 |
| General & Miscellaneous | 2,200 | 1,750 |
| Total Operating Expenses | 69,918 | 165,336 |
| Net Change in Cash | 41,204 | 19,867 |
| Estimated Beginning Cash Balance | $ 15,000 | $ 56,204 |
| Ending Cash Balance | $ 56,204 | $ 76,070 |

## CORPORATE RESOLUTION

The undersigned, the President of Mallory-Kotzen Tire Co., Inc. d/b/a Mallory Discount Tire, a corporation organized under the laws of the State of New York (the "Company"), does hereby certify that at a duly called meeting of the Board of Directors held on the 18th day of December, 2010, the following resolutions were adopted, and they have not been modified or rescinded, and are still in full force and effect:

"RESOLVED, that in the judgment of the Company, it is desirable and in the best interests of the Company, that its officers be empowered to cause a petition under Chapter 11 of the Bankruptcy Code to be filed by the Company upon such date, and in the event, in their discretion, such action should become necessary for the protection of the Company and the preservation of its assets without further notice to the officers of the Company; and it is further

RESOLVED, that the Officers of the Company, or any of them, be and they hereby are authorized on behalf of the Company to execute and file all petitions, schedules, lists and other papers and to take any and all action which they may deem necessary or proper in connection with such proceedings under Chapter 11, and in that connection to retain and employ Rattet, Pasternak & Gordon-Oliver, LLP, and to retain and employ all assistance by other legal counsel or otherwise which they may deem necessary or proper with a view to the successful conclusion of such reorganization case."

**IN WITNESS WHEREOF,** I have hereunto set my hand, this 18th th day of December, 2010.

MALLORY-KOTZEN TIRE CO., INC.

*/s/ Myron Melnikoff*
Myron Melnikoff, President

Sworn To Before Me This
18th day of December, 2010

*/s/ Robert L. Rattet*
Robert L. Rattet
NOTARY PUBLIC-STATE OF NEW YORK
No. 4972649
Qualified in Westchester County
Commission Expires October 12, 2014

## EXHIBIT "F"

## OFFICERS, DIRECTORS, SHAREHOLDERS
## AND AFFILIATES OF JBC, INC.

**Officers:**      Myron Melnikoff, President
Brian Melnikoff, Vice-President
Scott Leibowitz, Vice-President
Sharlene Melnikoff, Treasurer/Secretary

**Directors:**      Myron Melnikoff
Brian Melnikoff
Scott Leibowitz
Sharlene Melnikoff

**Shareholders**: Myron Melinkoff
Sharlene Melnikoff

**Affiliates:**  None

RATTET, PASTERNAK & GORDON-OLIVER, LLP
Proposed Attorneys for the Petitioner
550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400

Robert L. Rattet, Esq.
Arlene Gordon-Oliver, Esq.
Scott A. Steinberg, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

MALLORY-KOTZEN TIRE CO, INC.
d/b/a MK Discount Tire

                                 Petitioner.
-----------------------------------------------------------X

Chapter 11
Case No. 10 B _____ (RDD)

## VERIFICATION OF CREDITOR MATRIX

       MYRON MELNIKOFF, being duly sworn, deposes and says that he is the President of

the above-captioned Petitioner (the "Petitioner"), and that the within the List of Creditors made

pursuant to the Local Rules of this Court is true, complete and correct to the best of deponent's

knowledge and, based upon information and belief, contains the names and post office address,

including zip codes, of the Petitioner's creditors, and appropriate taxing authorities.

                                    */s/Myron Melnikoff*
                                    Myron Melnikoff, President

Sworn To Before Me This
18th day of December, 2010

*/s/ Robert L. Rattet*
Robert L. Rattet
NOTARY PUBLIC-STATE OF NEW YORK
No. 4972649
Qualified in Westchester County
Commission Expires October 12, 2014

# CREDITOR MATRIX

OFFICE OF THE UNITED STATES TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NEW YORK 10004

RATTET, PASTERNAK & GORDON-OLIVER, LLP
550 MAMARONECK AVENUE
HARRISON, NEW YORK 10528
ATTN: ARLENE GORDON-OLIVER, ESQ.

MALLORY-KOTZEN TIRE CO., INC.
D/B/A MK DISCOUNT TIRE
2021 BOSTON POST ROAD
LARCHMONT, NEW YORK 10538
ATTN: MYRON MELNIKOFF, PRESIDENT

A TO Z PROPERTY MAINTENANCE
612 FEDERAL ROAD
BROOKFIELD, CT 06804

A&J AUTO PARTS, INC.
890 OLD NEPPERHAN AVENUE
YONKERS, NY 10703

ADT SECURITY SERVICES
P.O. BOX 371967
PITTSBURGH, PA 15250-7967

ADVANCE AUTO PARTS
P.O. BOX 5219
CAROL STREAM, IL 60197-5219

AL'S HUBCAPS
490 JERICHO TURNPIKE
MINEOLA, NY 11501

ALARM SECURITY & COMMUNICATION
1204 MAIN STREET, #272
BRANFORD, CT 06405

ALL ISLAND COMPRESSOR SERVICE
200B PATTON AVNEUE
WEST BABYLON, NY 11704

14

ALLDATA, LLC
9650 WEST TARON
ELK GROVE, CA 95757-1101

ALLIED FIRE EQUIPMENT, INC.
10 CHESTNUT HILL ROAD
SHERMAN, CT 06784

ALWAYS SAFE FIRE EXTINQUISHER
P.O. BOX 1062
YONKERS, NY 10703

ARROW AUTO GLASS
P.O. BOX 1232A
KINGSTON, PA 18704

AT&T ADVERTISING SOLUTIONS
P.O. BOX 5010
CAROL STREAM, IL 60197

ATNM CORP.
130 WOODSIDE AVENUE
BRIARCLIFF MANOR, NY 10510

AVAYA INC.
P.O. BOX 5332
NEW YORK, NY 10087

BIG CITY AUTOMOTIVE WAREHOUSE
11 CLIFF STREET
NEW ROCHELLE, NY 10801

BIG DEE AUTO SALES INC.
499 OLD TARRYTOWN ROAD
WHITE PLAINS, NY 10603

BILL REYNOLDS JR. GARAGE DOORS
P.O.BOX 957
CARMEL, NY 10512-0957

BMW OF WESTCHESTER
525 TARRYTOWN ROAD
WHITE PLAINS, NY 10607

BRADY-STANNARD CHEVROLET
P.O. BOX 50
BREWSTER, NY 10509

BREWSTER CENTRAL SCHOOLS
P.O. BOX 415
ATTN: SUSAN TOBACCO-RECEIVER
BREWSTER, NY 10509

BRIDGE AUTO PARTS
181-189 N. SAW MILL RIVER ROAD
ELMSFORD, NY 10523

BRIDGESTONE AMERICAS
P.O. BOX 73418
CHICAGO, IL 60673

BROADVIEW NETWORKS
P.O. BOX 9242
UNIONDALE, NY 11555

BUICK GMC OF DANBURY
84 FEDERAL ROAD
DANBURY, CT 06810

BWP-CARQUEST AUTO PARTS
P.O. BOX 18422
NEWARK, NJ 07191

CARMINES PLUMBING, HEATING &AC
92 SALT PIT ROAD
DANBURY, CT 06810

CASTINGS, INC. B.E.D.
CASTINGS, INC. NR&L
P.O. BOX 731
CATSKILL, NY 12414

CENTRAL AVENUE CHRYSLER INC.
1839 CENTRAL PARK AVENUE
YONKERS, NY 10710

CINTAS CORPORATION
P.O. BOX 630803
CINCINNATI, OH 45263

CINTAS CORPORATION
11 COMMERCIAL STREET
BRANFORD, CT 06405

COLES, BALDWIN & KAISER, LLC
P.O. BOX 577
FAIRFIELD, CT 06824

COLONIAL FORD OF DANBURY
126 FEDERAL ROAD
DANBURY, CT 06811

COMPETITION WHEEL CORP.
201 TRADE ZONE DRIVE
RONKONKOMA, NY 11779

COVERALL, INC.
33 COLLEGE HILL ROAD #5E
WARWICK, RI 02886

CURRY CHEVROLET
728 CENTRAL AVENUE
SCARSDALE, NY 10583

DANBURY AUDI
25 SUGAR HOLLOW ROAD
DANBURY, CT 06810

DANBURY KIA
100-B FEDERAL ROAD
DANBURY, CT 06813-9705

DANIEL ESPOSITO
665 SECOR ROAD
HARTSDALE, NY 10530

DIAMOND GLASS
555 MAIN STREET
NEW ROCHELLE, NY 10801

E&D AUTO ELECTRONICS, INC.
237-D ROUTE 6
MAHOPAC, NY 10541

ELMSFORD BP
137 NORTH CENTRAL AVENUE
ELMSFORD, NY 10523

ENGLEWOOD TIRE DISTRIBUTORS
P.O. BOX 665
LYNDHURST, NJ 07071

ENI USA R&M CO. INC. WESTBURY
P.O. BOX 7247-6989
PHILADELPHIA, PA 19170-0689

FINOCCHIO CARTING OF GREENWICH
49 LIBERTY PLACE
STAMFORD, CT 06902

GARBRIELLI
53 EAST FOREST TRAIL
HOLMES, NY 12531

GAZETTE PRESS INC.
16 SCHOOL STREET
YONKERS, NY 10701

GREENTREE MOTORS OF DANBURY
D/B/A GREENTREE TOYOTA
87 FEDERAL ROAD
DANBURY, CT 06811

HARAN INC.
280 MADISON AVENUE
NEW YORK, NY 10016

HEALEY BROS. FORD L/M
2528 ROUTE 17M
GOSHEN, NY 10924

HOCON INDUSTIAL GAS (DANBURY)
86 PAYNE ROAD
DANBURY, CT 06810

HONDA OF NEW ROCHELLE
25 MAIN STREET
NEW ROCHELLE, NY 10801

INNOVATIVE EQUIPMENT SVS CORP.
25 QUASPEAK ROAD
CONGERS, NY 10920

INTER-CITY INSURANCE FUND
SERVICE STATION DEALERS
421 WAVERLY AVENUE
MAMARONECK, NY 10543

IRS SPECIAL PROCEDURE
290 BROADWAY, 5TH FLOOR INSOLVENCY
NEW YORK, NEW YORK 10008

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19104-5016

INTERSTATE BATTERIES FAIRFIELD
125 HOLLAND AVENUE
BRIDGEPORT, CT 06605

INTERSTATE BATTERY SYSTEM NY
10 JOHN WALSH BLVD
PEEKSKILL, NY 10566

IRVING LEVINE AUTOMOTIVE DIST.
P.O. BOX 1186
DANBURY, CT 06813

JIM HYUNDAI
P.O. BOX 743
LYNBROOK, NY 11563

JOSEPH CUDA
423 DUBLIN ROAD
SOUTHBERY, CT 06488

JULIAN VAL, SR.
2360 ALAMANDER AVENUE
ENGLEWOOD FL 34223

KEYSTONE
24 JEANNE DRIVE
NEWBURGH, NY 12550

KEYSTONE LONG ISLAND
P.O. BOX 415860
BOSTON, MA 02241

KLEEN SWEEP CONTAINER SERVICE
P.O. BOX 158
YONKERS, NY 10703

KONICA MINOLTA BUS SOLUTION
21146 NETWORK PLACE
CHICAGO, IL 60673

KUMHO TIRE USA, INC.
5520 N. LINCOLN AVENUE
CHICAGO, IL 60625

KUMHO TIRE USA, INC.
C/O GENE R. KAZLOW, ESQ.
KAZLOW & KAZLOW
237 WEST 35TH STREET, 14TH FL.
NEW YORK, NY 10001

KUMHO TIRE USA, INC.
10299 SIXTH STREET
RANCHO CUCAMONGA, CA 91730

LAND ROVER LARCHMONT/NR
1 EAST MAIN STREET
NEW ROCHELLE, NY 10801

LOCAL 111 PENSION FUND
ATTN: JOANNE
2137-2147 UTICA AVENUE
BROOKLYN, NY 11234

LOSTOCCO AUTO PARTS
78 TRIANGLE STREET, BLDG 1
DANBURY, CT 06810

LUBRI-CARE DISTRIBUTORS OF CT
65 EASTERN STEEL ROAD
MILFORD, CT 06460
LUBRICANT DISTRIBUTORS
P.O. BOX 182
SUFFERN, NEW YORK 10901

M.S. OF PAWLING
P.O. BOX 540
PAWLING, NY 12564

MAX FINKELSTEIN INC.
P.O. BOX 5901
NEW YORK, NY 10087

MEADOWLAND OF CARMEL
1952 ROUTE 6
CARMEL, NY 10512

MERCEDES BENZ-LARCHMONT
2500 BOSTON POST ROAD
LARCHMONT, NY 10538

MICHELIN NORTH AMERICA INC.
6000 FELDWOOD ROAD
ATLANTA, GA 30349

MICHENER'S GRASS ROOTS, INC.
1085 SPUR ROAD
SOUDERTON, PA 18964

MID-HUDSON WASTE INC.
P.O. BOX 888
MAHOPAC, NY 10541

MIGHTY AUTOMOTIVE PARTS (BREW)
MIGHTY AUTOMOTIVE PARTS (ELMS)
MIGHTY AUTOMOTIVE PARTS (NR)
200 SAW MILL RIVER ROAD
HAWTHORNE, NY 10532

MYERS TIRE SUPPLY DIST INC.-BOSTON
24377 NETWORK PLACE
CHICAGO, IL 60673

MYERS TIRE-SYRACUSE #06
24377 NETWORK PLACE
CHICAGO, IL 60673

NAPA AUTO PARTS
769 MAIN STREET
NEW ROCHELLE, NY 10805

NEW PIG CORPORATION
ONE PORK AVENUE
TIPTON, PA 16684

NEW ROCHELLE CHEVROLET
291 MAIN STREET
NEW ROCHELLE, NY 10801

NEW ROCHELLE TOYOTA
47 CEDAR STREET
NEW ROCHELLE, NY 10801

NEW YORK STATE TAX COMMISSION
BANKRUPTCY/SPECIAL PROCEDURE SECTION
PO BOX 5300
ALBANY, NEW YORK 12205-0300

NYS -DEPT. OF FINANCE
345 ADAMS STREET, 3RD FLOOR
BROOKLYN, NEW YORK 11201
ATTN: LEGAL AFFAIRS

NYS DEPT OF SALES TAX
P.O. BOX 15172
ALBANY, NY 12212-5172

NYS DEPT OF TAX & FINANCE
P.O. BOX 4100
BINGHAMTON, NY 13902

NYS DEPT. OF LABOR
UNEMPLOYMENT INS DIVISION
PO BOX 4320
BINGHAMTON, NY 13902-4320

NYS UNEMPLOYMENT INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201

OECONNECTION  LLC
P.O. BOX 92315
CLEVELAND, OH 44193

PARK FORD
276 ROUTE 6
MAHOPAC, NY 10541

PITNEY BOWES GLOBAL FINANCIAL
P.O. BOX 371887
PITTSBURGH, PA 15250

PREMIUM NISSAN LTD
2533 PALMER AVENUE
NEW ROCHELLE, NY 10801

PRO-CUT OF CONNECTICUT, LLC
22 GERRARDO DRIVE
MONROE, CT 06468

PROFORMANCE INDUSTRIES
55 PLAIN AVENUE
NEW ROCHELLE, NY 10801

PURCHASE POWER
P.O. BOX 856042
LOUISVILLE, KY 40285

RELIABLE TIRE CO.
P.O. BOX 39
BLACKWOOD, NJ 08012

RESPOND FIRST AID SYSTEMS
306 WEST HENRIETTA AVENUE
OCEANSIDE, NY 11572

RH SCALES CO., INC.
240 UNIVERSITY AVENUE
WESTWOOD, MA 02090

ROBERT BUICK-PONTIAC
89 NEWTOWN ROAD
DANBURY, CT 06810

ROUNDOUT LIFT INC.
111 HUDSON LANE
ULSTER PARK, NY 12487

RYE FORD, INC.
1151 BOSTON POST ROAD
RYE, NY 10580

SAFETY-KLEEN
P.O. BOX 382066
PITTSBURGH, PA 15250

SERVICE CHAMP, LP
180 NEW BRITAIN BLVD
CHALFONT, PA 18914

SMITH-CAIRNS FORD MAZDA SUBARU
900 CENTRAL PARK AVENUE
YONKERS, NY 10704

SMITH-CARINS MOTOR SALES
P.O. BOX 890
BREWSTER, NY 10509

SOUND RESTAURANT SUPPLY
P. O. BOX 627
MAMARONECK, NY 10543

STEINBERG, STECKLER ET AL.
462 SEVENTH AVENUE
NEW YORK, NY 10018

TAX COLLECTOR
CITY OF DANBURY
P.O. BOX 237
DANBURY, CT 06813

TEAMSTERS LOCAL 111
13089 PIERCE STREET
RAHWAY, NJ 07065

TECHAIR
P.O. BOX 0021
BRATTLEBORO, VT 05302

THE JOURNAL NEWS
P.O. BOX 1371
BUFFALO, NY 14240

THE JOURNAL NEWS
P.O. BOX 9001884
LOUISVILLE, KY 40290

THE STATE INSURANCE FUND
P.O. BOX 5262
BINGHAMTON, NY 13902

THE TIRE RACK WHOLESALE
7101 VORDEN PARKWAY
SOUTH BEND, IN 46628

TIRE CENTER INC. #154
2C TERMINAL WAY
AVENEL, NJ 07001

TIRE CENTERS LLC #110
8 BELDEN ROAD,UNIT F
BLOOMFIELD, CT 06002

TRI-CITY AUTO PARTS
650 MAMARONECK AVENUE
MAMARONECK, NY 10543

TROTTA TIRE & RUBBER CO. INC.
P.O. BOX 307
DEER PARK, NY 11729

TRUST DISTRIBUTORS
134D SOUTH CENTRAL AVENUE
ELMSFORD, NY 10523

UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007

UNITED TEAMSTERS FUND
2137-2147 UTICA AVENUE
BROOKLYN, NY 11234

UNIVERSITY WHOLESALERS, INC.
P.O. BOX 644
ESSEX JUNCTION, VT 05453

VOLVO OF DANBURY
106 NEWTOWN ROAD
DANBURY, CT 06811